_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:26-cv-06999-FWS-SSC                    Date: July 9, 2026
Title: Eduardo Alvarado Ramirez v. Markwayne Mullin *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

    Rolls Royce Paschal                            N/A
      Deputy Clerk                              Court Reporter

Attorneys Present for Petitioner:        Attorneys Present for Respondents:

    Not Present                             Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER [5]**

Due to the influx of petitions for writs of habeas corpus filed by those in immigration detention, and to facilitate their expedited resolution, the Central District of California has issued General Order No. 26-05.  (Dkt. 4 ("GO").)  The GO provides an expedited briefing schedule on petitions like Petitioner's and, as relevant here, provides that "[a]pplications for temporary restraining orders [('TRO')] should be reserved for cases where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."  (*Id.* at 2, 5.)

In this case, however, the Notice of General Order did not post to the docket until July 6, 2026.  (Dkt. 4.)  In the meantime, the government removed Petitioner.  (*See* Dkt. 8 (stating that Petitioner's removal "occurred on July 6, 2026").)  Indeed, by the time the court received notice that Petitioner had filed the pending Motion for Temporary Restraining Order, (Dkt. 5 ("Motion for TRO")), Petitioner's flight had already left the United States.  (*See* Dkt. 8.)

Now that Petitioner has been removed, the court finds there is not "imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."  (GO at 6.)  Accordingly, the Motion for TRO is **DENIED**.  However, proceedings on the merits of the Petition will continue before the assigned Magistrate Judge consistent with General Orders 05-07 and 26-05.

_____