UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:26-cv-06999-FWS-SSC Date: September 21, 2026

Title Eduardo Alvarado Ramirez v. Markwayne Mullin, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why the Action Should Not be Dismissed as Moot**

On June 26, 2026, Petitioner Eduardo Alvarado Ramirez filed a counseled petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241 requesting immediate release. (ECF 1.)

On July 6, 2026, Petitioner moved for a temporary restraining order (TRO) (ECF 5), and on the same day, Petitioner was removed (ECF 8). The District Judge denied the motion for TRO on July 9, 2026. (ECF 12.) A search of Petitioner's A-Number (213-613-268) and country of origin (El Salvador) in the ICE detainee locator returns no results. *See Online Detainee Locator System*, https://locator.ice.gov/odls/#/search (last visited Sept. 18, 2026).

Since Petitioner has been removed from the country, Petitioner is ORDERED TO SHOW CAUSE why this case should not be dismissed as

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-06999-FWS-SSC Date: September 21, 2026

Title Eduardo Alvarado Ramirez v. Markwayne Mullin, et al.

moot. Petitioner shall respond in writing no later than **September 30, 2026**. If Petitioner does so, then Respondents may file a response thereto no later than **October 13, 2026**.

In the event that Petitioner wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form, CV-009, no later than **September 30, 2026**. If such a dismissal is filed by **September 30, 2026**, this order to show cause will be discharged automatically, and Petitioner need not respond to it separately.

Petitioner is cautioned that failure to file a timely response will result in this Court recommending denial of this petition and dismissal of this action for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**