JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ALVARADO RAMIREZ, Petitioner, v. MARKWAYNE MULLIN, et al., Respondents. | Case No. 2:26-cv-06999-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that the petition (ECF 1) is dismissed as moot.

DATED: November 20, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE